UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-20089-WILLIAMS/REID

UNITED STATES OF AMERICA

v.

ALVARO LEDO NASS,

    Defendant.

_____/

## NOTICE OF RELATED CRIMINAL CASE

The United States of America, by and through the undersigned Assistant United States Attorney and Trial Attorney, hereby file this notice of related criminal cases pursuant to United States District Court for the Southern District of Florida Local Rule 3.8.

As the Local Rules impose an ongoing duty on the attorneys of record to bring to the court's attention the existence of related actions, S.D. Fla. L.R. 3.8, the undersigned attorneys provide notice to the Court of a significantly related criminal cases presided over by this Court and Judge Darin P. Gayles.  The criminal cases are *United States v Francisco Convit Guruceaga, et al.*, 18-cr-20685-Williams, and *United States v. Ralph Steinmann and Luis Fernado Vuteff*, 22-cr-20306-Gayles.  This Court has presided over criminal case *United States v. Convit, et al.*, 18-cr-20685-Williams, since the filing of the indictment to the present, including the sentencing of three defendants:  1) Gustavo Adolfo Hernandez Frieri; 2) Abraham Edgardo Ortega; and 3) Carmelo Antonio Urdaneta Aqui.

*United States v Francisco Convit Guruceaga, et al.*, 18-cr-20685-Williams, and *United States v. Ralph Steinmann and Luis Fernado Vuteff*, 22-cr-20306-Gayles, involve the same criminal activity as this criminal case.

Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON<br>CHIEF, FRAUD SECTION | MARKENZY LAPOINTE<br>UNITED STATES ATTORNEY |
| By:  */s/ Paul A. Hayden*<br>PAUL A. HAYDEN<br>Trial Attorney<br>Fraud Section, Criminal Division<br>U.S. Department of Justice<br>1400 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Telephone: 202-353-9370<br>Email: paul.hayden2@usdoj.gov | By:  */s/ Kurt K. Lunkenheimer*<br>KURT K. LUNKENHEIMER<br>Assistant United States Attorney<br>Court ID No. A5501535<br>U.S. Attorney's Office - SDFL<br>99 N.E. 4th Street, Suite 600<br>Miami, FL 33132-2111<br>Telephone: (305) 961-9008<br>Email: Kurt.Lunkenheimer@usdoj.gov |