UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cr-20089-KMW

UNITED STATES OF AMERICA
Plaintiff,

v.

**WAIVER OF INDICTMENT**

Alvaro Ledo Nass
_____ Defendant.

I, Alvaro Ledo Nass, the above named defendant who is accused of Conspiracy To Commit Money Laundering being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 28 Feb 23, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

28 Feb 23
_____
Dated

Before _____
EDWIN G. TORRES
United States Magistrate Judge